IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

George Iverson

        Plaintiff(s)

vs.

International Star Class Yacht Racing Association

        Defendant(s)

Case No.: WMN 02 CV 1998

_____ FEE PAID  # 32985   $50.00

_____ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, ____Paul Blankenstein____, am a member in good standing of the bar of this Court. My bar number is _08490_____. I am moving the admission of

Mark A. Perry _____ to appear *pro hac vice* in this case as

counsel for __defendant International Star Class Yacht Racing Association__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| D.C. | 6/14/93 |
| California | 2/23/01 |
| S. Ct. | 10/21/96 |
| D.D.C. | 11/6/95 |
| C.F.C. | 9/17/93 |
| CA5 | 6/17/95 |
| CA3 | 6/8/95 |
| CA8 | 8/17/95 |
| CA4 | 2/12/96 |
| CADC | 11/19/96 |
| CAFC | 5/6/98 |
| N.D. Cal. | 4/6/01 |
| C.D. Cal | 11/6/01 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _0_ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Paul Blakenstein | /s/ Mark A. Perry |
| Signature | Signature |
| Paul Blakenstein | Mark A. Perry |
| Printed Name | Printed Name |
| Gibson, Dunn & Crutcher, LLP | Gibson, Dunn & Crutcher, LLP |
| Firm | Firm |
| 1050 Connecticut Ave., N.W. | 1050 Connecticut Ave., N.W. |
| Address  Washington, D.C.  20036 | Address  Washington, D.C.  20036 |
| (202) 955-8693 | (202) 887-3667 |
| Telephone Number | Telephone Number |
| (202) 467-0539 | (202) 467-0539 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

6/19/02                              /s/ [Judge signature]
Date                                 United States District Judge