IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GEORGE IVERSON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL STAR CLASS YACHT<br>RACING ASSOCIATION,<br><br>Defendant. | Civil Action No. WMN-02-1998 |

### ORDER

For the reasons stated at the hearing on June 17, 2002:

1. Plaintiff's request for preliminary injunctive relief is DENIED.

2. The complaint is DISMISSED with prejudice.

**It is so ordered.**

_____
Hon. William M. Nickerson
United States District Judge

DATED: July 9, 2002.

1